**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00001-CV**
_____

**BRADLEY YOUNG, Appellant**

**V.**

**SELENE FINANCE LP, AS MORTGAGE SERVICER FOR MCLP ASSET COMPANY, INC., THE CURRENT MORTGAGEE, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-12-19135-CV**
_____

**MEMORANDUM OPINION**

On December 29, 2023, Bradley Young filed a notice of appeal in Trial Cause Number 23-12-19135-CV. The notice of appeal complained that on Friday, December 29, 2023, Young had been unable to locate a judge to sign a temporary restraining order to prevent a non-judicial foreclosure sale on Tuesday, January 2, 2024. We notified the parties that the notice of appeal did not identify a final judgment or an appealable order, and we warned the parties that the appeal would

1

be dismissed for lack of jurisdiction unless the Court received a response showing a ground for continuing the appeal.

Generally, in civil cases appellate courts review only final judgments and interlocutory orders specifically made appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An appeal from an interlocutory order may proceed as an accelerated appeal "when allowed by statute[.]" *See* Tex. R. App. P. 28.1. We granted an extension of time until February 9, 2024, to file a response, but Young failed to file a response or identify a final judgment or a written order from which an appeal is authorized by law. Accordingly, we dismiss the appeal for lack of jurisdiction. *See id*. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 13, 2024
Opinion Delivered March 14, 2024

Before Golemon, C.J., Johnson and Wright, JJ.

2